Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David B. Ulmer , who is
designated by law to accept service of process on behalf of *(name of organization)* Diamond Development &
Investments inc d/B/A Diamond Dave's Steakhouse on *(date)* 10-29-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-29-13

*Server's signature*

Elizabeth A. Shepherd, Process Server
*Printed name and title*

5080 Woodland Dr. Kennesaw, GA 30152
*Server's address*

Additional information regarding attempted service, etc: